[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 23.]

THE STATE OF OHIO, APPELLANT, *v.* SOUDER, APPELLEE.

[Cite as *State v. Souder*, 1998-Ohio-707.]

*Criminal procedure—Classification as sexual predator—Court of appeals'*
*judgment reversed and cause remanded to trial court to conduct sexual*
*predator classification hearing pursuant to R.C. 2950.09(C)(2) on authority*
*of State v. Cook.*

(No. 97-2322—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Union County, No. 14-97-12.

————————————

*R. Larry Schneider*, Union County Prosecuting Attorney, and *Rick Rodger*, Assistant Prosecuting Attorney, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to conduct a sexual predator classification hearing pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————